Andrew T.  Koenig, SBN: 158431
Attorney at Law
353 Sanjon Road
Ventura, CA 93001
Tel. 805 653-0284
FAX: 805 643-3062
Email:  andrewtkoenig@hotmail.com

Attorney for plaintiff Daniel Muscato

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| DANIEL MUSCATO, | ) | No. CV 11-8260-MAN |
| Plaintiff, | ) | [PROPOSED] ORDER |
| | ) | AWARDING ATTORNEY'S |
| v. | ) | FEES AND COSTS PURSUANT |
| | ) | TO THE EQUAL ACCESS TO |
| | ) | JUSTICE ACT, 28 U.S.C. |
| MICHAEL J. ASTRUE, | ) | § 2412(d), AND COURT COSTS |
| COMMISSIONER OF SOCIAL | ) | PURSUANT TO |
| SECURITY, | ) | 28 U.S.C. § 1920 |
| | ) | |
| Defendant. | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff is awarded attorney fees under the Equal Access to

Justice Act in the amount of FIVE-HUNDRED SIX DOLLARS and NINETY

CENTS ($506.90), as authorized by 28 U.S.C. § 2412(d), and Court costs in the

amount of THREE-HUNDRED FIFTY DOLLARS and NO CENTS ($350.00)

pursuant to 28 U.S.C. § 1920, subject to the terms of the Stipulation.

Dated:  March 14, 2012

_Margaret A. Nagle_

_____

MARGARET A. NAGLE

UNITED STATES MAGISTRATE JUDGE

1